UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JENNY JASPER, et al.,

      Plaintiffs,

      v.

HOME HEALTH CONNECTION, INC.,

      Defendant.

Case No. 2:16-cv-125
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## STIPULATED ORDER OF DISMISSAL

The Court hereby dismisses the claims of Plaintiffs with prejudice, with each side to bear its own costs and attorneys' fees, except as set forth in the parties' Settlement Agreement. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order immediately.

      **IT IS SO ORDERED.**

_11-17-2016_
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**

**BARKAN MEIZLISH HANDELMAN**
**GOODIN DEROSE WENTZ, LLP**

_/s/ Robert E. DeRose_
Robert E. DeRose (0072989)
Jason Cox (00      )
250 East Broad Street, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Facsimile:  (614) 744-2300
Email: bderose@barkanmeizlish.com
      jcox@barkanmeizlish.com

**LUPER NEIDENTHAL & LOGAN, LPA**

_/s/ Melissa A. Izenson_
Melissa A. Izenson (0073212), Trial Attorney
Gregory H. Melick (0065694), Co-Counsel
50 West Broad Street, Suite 1200
Columbus, OH 43215-3374
Telephone: (614) 221-7663
Fax: (866) 345-4948
E-mail: mizenson@LNLattorneys.com
      gmelick@LNLattorneys.com
_Attorneys for Defendant_

Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1457 S. High St.
Columbus, Ohio 43207
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

Daniel I. Bryant (0090859)
**BRYANT LEGAL, LLC**
1457 S. High St.
Columbus, Ohio 43207
Phone: 614-704-0546
Fax: 614-573-9826
Email: dbryant@bryantlegalllc.com

*Attorneys for Plaintiffs*